IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01196-REB-MJW

ADELE MARIE PERKINS,

Plaintiff,

v.

DEPUTY JAMES COOK, Individually, and in his official capacity as an [sic] Deputy Sheriff for the Arapahoe County Sheriff's Department,
SERGEANT MICHELLE WILLIAMS, Individually and in her official capacity as an [sic] Deputy Sheriff for the Arapahoe County Sheriffs Department,
DAVID C. WALCHER, Individually and in his official capacity as the elected Sheriff (effective February 1, 2014) for the Arapahoe County Sheriffs Department, and
GRAYSON ROBINSON, Individually and in his official capacity as the former elected Sheriff (resigned January 31, 2014) for the Arapahoe County Sheriffs Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Scheduling Conference (Docket No. 9) is granted. It is thus further

ORDERED that the Scheduling Conference set on July 29, 2015, at 9:30 a.m. is VACATED and RESET on August 31, 2015, at 10:00 a.m. The proposed Scheduling Order shall be filed on or before August 24, 2015.

Date: July 7, 2015