**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01196-REB-MJW

ADELE MARIE PERKINS,

    Plaintiff,

v.

DEPUTY JAMES COOK, individually and in his official capacity as a Deputy Sheriff for the Arapahoe County Sheriff's Department,
SERGEANT MICHELLE WILLIAMS, individually and in her official capacity as a Deputy Sheriff for the Arapahoe County Sheriff's Department,
DAVID C. WALCHER, individually and in his official capacity as the elected Sheriff (effective February 1, 2014) for the Arapahoe County Sheriff's Department, and
GRAYSON ROBINSON, individually and in his official capacity as the former elected Sheriff (resigned January 31, 2014) for the Arapahoe County Sheriff's Department,

    Defendants.

---

**ORDER DISMISSING WITH PREJUDICE DEFENDANTS, COOK, WILLIAMS AND ROBINSON IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, AND DEFENDANT, WALCHER, IN HIS INDIVIDUAL CAPACITY**

---

This matter is before the court on the parties' **Stipulated Joint Motion to Dismiss with Prejudice Defendants Cook, Williams and Robinson in Their Official and Individual Capacities and Defendant Walcher in His Individual Capacity** [#13] filed August 11, 2015. After reviewing the motion and file and finding good cause, I conclude that the motion should be granted and plaintiff's claims against defendants, James Cook, Michelle (Melissa) Williams, and Grayson Robinson, in both their individual and official capacities, should be dismissed with prejudice. Additionally, I find that the claims against defendant, David C. Walcher in his individual capacity only, also should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Joint Motion to Dismiss with Prejudice Defendants Cook, Williams and Robinson in Their Official and Individual Capacities and Defendant Walcher in His Individual Capacity** [#13] filed on August 11, 2015 is granted;

2. That the plaintiff's claims against defendants, James Cook, Michelle (Melissa) Williams, and Grayson Robinson, in both their individual and official capacities, are dismissed with prejudice;

3. That the plaintiff's claims against defendant, David C. Walcher in his individual capacity only, are dismissed with prejudice;

4. That as to the parties and claims addressed in this order, each party is to pay its own attorney fees and costs;

5. That defendants, James Cook, Michelle (Melissa) Williams, and Grayson Robinson, are dropped as named parties to this action, and the case caption is amended accordingly; and

6. That the case caption is amended to show defendant, David C. Walcher, is named only in his official capacity as the Sheriff for Arapahoe County.

Dated this 12th day of August 2015, at Denver, Colorado.

                **BY THE COURT**

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge