# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-01196-REB-MJW

ADELE MARIE PERKINS,

    Plaintiff,

v.

DAVID C. WALCHER, in his official capacity as the elected Sheriff (effective February 1, 2014) for the Arapahoe County Sheriff's Department,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Joint Motion To Dismiss Action with Prejudice** [#15][1] filed August 19, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Joint Motion To Dismiss Action with Prejudice** is granted; and

2. That all pending pretrial deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated August 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge